## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gray, Mitchell A | Case Number:  06 B 16033 |
| Gray, Joanie L | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  12/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 19, 2007

Confirmed:  February 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,772.00 | |
| Secured: | | 1,799.73 |
| Unsecured: | | 0.00 |
| Priority: | | 45.03 |
| Administrative: | | 2,669.85 |
| Trustee Fee: | | 257.39 |
| Other Funds: | | 0.00 |
| Totals: | 4,772.00 | 4,772.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,892.00 | 1,892.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,035.00 | 777.85 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 416.50 | 250.00 |
| 6. | AMC Mortgage Services Inc | Secured | 22,694.19 | 1,549.73 |
| 7. | Illinois Dept of Revenue | Priority | 45.03 | 45.03 |
| 8. | Asset Acceptance | Unsecured | 1,844.18 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 1,406.64 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,369.17 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 691.15 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 1,282.31 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 2,914.25 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 159.00 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 95.78 | 0.00 |
| 16. | Sprint Nextel | Unsecured | 547.03 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 30.00 | 0.00 |
| 18. | Paragon Way Inc | Unsecured | 585.00 | 0.00 |
| 19. | Wal Mart Stores | Unsecured | 167.10 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 187.60 | 0.00 |
| 21. | National Capital Management | Unsecured | 415.03 | 0.00 |
| 22. | DaimlerChrysler Servs North America | Unsecured | 3,511.94 | 0.00 |
| 23. | The Hmc Group | Unsecured | 50.80 | 0.00 |
| 24. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 25. | Cbe Group | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Gray, Mitchell A | | Case Number:  06 B 16033 |
| Gray, Joanie L | | Judge:  Squires, John H |
| Printed:  1/29/08 | | Filed:  12/5/06 |

| | | | |
|---|---|---|---|
| 26. | City Financial Corp | Unsecured | No Claim Filed |
| 27. | Credit Management Service | Unsecured | No Claim Filed |
| 28. | Debt Credit Service | Unsecured | No Claim Filed |
| 29. | Cavalry Portfolio/Collection | Unsecured | No Claim Filed |
| 30. | Heller & Frisone Ltd | Unsecured | No Claim Filed |
| 31. | Heller & Frisone Ltd | Unsecured | No Claim Filed |
| 32. | Lou Harris | Unsecured | No Claim Filed |
| 33. | Debt Recovery Solutions | Unsecured | No Claim Filed |
| 34. | Debt Credit Service | Unsecured | No Claim Filed |
| 35. | Nationwide Credit Service | Unsecured | No Claim Filed |
| 36. | Park Dansan | Unsecured | No Claim Filed |
| 37. | Park Dansan | Unsecured | No Claim Filed |
| 38. | Guaranty Bank | Unsecured | No Claim Filed |
| 39. | Park Dansan | Unsecured | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | No Claim Filed |
| 41. | Riscuity | Unsecured | No Claim Filed |
| 42. | M3 Financial Services | Unsecured | No Claim Filed |
| 43. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 44. | Guaranty Bank | Unsecured | No Claim Filed |
| 45. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 46. | Bank One | Unsecured | No Claim Filed |

$ 42,339.70          $ 4,514.61

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 2.52 |
| 5.4% | 254.87 |
| | $ 257.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: